UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK JEROME DUCRE                                CIVIL ACTION

VERSUS                                              NO. 08-5006

BENJAMIN M. GODWIN                                  SECTION: "N"(4)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claim is **DISMISSED WITH PREJUDICE** to its being asserted again until the *Heck* conditions are met.

New Orleans, Louisiana, this 20th day of January, 2009.

_____
UNITED STATES DISTRICT JUDGE